957 A.2d 1178

Mervin TORIAN, Petitioner

v.

Kenneth CAMERON, S.C.I. Cresson, P.O. Box a Cresson, PA 16699–0001, Hugh J. Burns, Esquire, Three S. Penn Square Philadelphia, PA 19107, District Attorney, Respondents.

No. 110 EM 2008.

Supreme Court of Pennsylvania.

Sept. 25, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 25th day of September, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**